ORIGINAL

Approved: _____     **21 MAG 6355**
          Marguerite B. Colson
          Assistant United States Attorney

Before:   THE HONORABLE STEWART D. AARON
          United States Magistrate Judge
          Southern District of New York

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA            :       21 Mag. _____
                                    :
         - v. -                     :       RULE 5(c)(3)
                                    :       AFFIDAVIT
BELFREY LAMONTE WILLIAMS,           :
                                    :
                  Defendant.        :
                                    :
- - - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss:

        VINCENT McLIVERTY, being duly sworn, deposes and says that he is a Deputy United States Marshal with the United States Marshal Service ("USMS"), and charges as follows:

        On or about June 2, 2021, the United States District Court for the Eastern District of Virginia issued a warrant for the arrest of "Belfrey Lamonte Williams" on an Indictment charging Williams with Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Hydrochloride, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and 846. A copy of the arrest warrant is attached hereto as Exhibit A and incorporated by reference herein.

        I believe that BELFREY LAMONTE WILLIAMS, the defendant, who was initially arrested on August 20, 2020, in the Southern District of New York, is the same person as the "Belfrey Lamonte Williams" who is wanted by the United States District Court for the Eastern District of Virginia.

        The bases for my knowledge and for the foregoing charge are, in part, as follows:

        1. I am a Deputy United States Marshal with USMS. I have been personally involved in determining whether BELFREY LAMONTE WILLIAMS, the defendant, is the same individual as the "Belfrey Lamonte Williams" named in the June 2, 2021 arrest

warrant. Because this Affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2. Based on my review of documents from the United States District Court for the Eastern District of Virginia, I know that, on or about June 2, 2021, the United States District Court for the Eastern District of Virginia issued a warrant for the arrest of "Belfrey Lamonte Williams" (the "EDVA Arrest Warrant"). The EDVA Arrest Warrant was based on an indictment charging Williams with Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Hydrochloride. The EDVA Arrest Warrant was signed by S. Beal, Deputy Clerk of the United States District Court for the Eastern District of Virginia.

3. On August 20, 2020, BELFREY LAMONTE WILLIAMS, the defendant, was arrested in the Southern District of New York, based on a complaint (the "SDNY Complaint") charging WILLIAMS with conspiracy to distribute and possess with intent to distribute five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(b)(1)(A) and 846.

4. Following his August 20, 2020 arrest, BELFREY LAMONTE WILLIAMS, the defendant, was detained on consent at the Essex County Correctional Facility in Newark, New Jersey.

5. On June 16, 2021, the SDNY Complaint charging BELFREY LAMONTE WILLIAMS, the defendant, was dismissed.

6. On June 17, 2021, at approximately 1:00 p.m., BELFREY LAMONTE WILLIAMS, the defendant, was arrested pursuant to the EDVA Arrest Warrant issued.

7. Based on my participation in the processing of BELFREY LAMONTE WILLIAMS, the defendant, incident to his June 17, 2021 arrest on the EDVA Arrest Warrant, I have learned the following:

    a. While in custody, WILLIAMS provided a USMS booking number that I know to belong to "Belfrey Lamonte Williams," based on my review of USMS records.

    b. WILLIAMS's appearance matches a photograph of "Belfrey Lamonte Williams" included in USMS records.

  8. Accordingly, I believe that BELFREY LAMONTE WILLIAMS, the defendant, is the "Belfrey Lamonte Williams" sought in the EDVA Arrest Warrant.

  WHEREFORE, I respectfully request that BELFREY LAMONTE WILLIAMS, the defendant, be imprisoned or bailed as the case may be.

_____
Vincent McLiverty
Deputy United States Marshal
United States Marshal Service


Sworn to before me this
21st day of June, 2021.

_____
THE HONORABLE STEWART D. AARON
United States Magistrate Judge
Southern District of New York

# EXHIBIT A

AO 442 (Rev. 11/11) Arrest Warrant

FIO# 5392028

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

RECEIVED
U.S. MARSHALS SERVICE

2021 JUN -2 P 1: 29

EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

United States of America
v.

Belfrey Lamonte Williams
*Defendant*

Case No. 3:21cr00063 **LODGED AS A DETAINER**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Belfrey Lamonte Williams ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

(See attached Indictment)

Date: June 2, 2021

*Issuing officer's signature*

City and state: Richmond, Virginia

S. Beal, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*